JOHN M. JACOBSEN v. LOUIS WHITE.

March 8, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. HUBERT JOHNSON.

March 8, 1988.

Leave to appeal is granted, and the Appellate Division decision of November 17, 1987, is summarily modified to direct a remand to the trial judge for amended or supplemental findings in accordance with the instructions contained in this Court's order of September 22, 1987.

Jurisdiction is not retained.

PEGGY ANNE MURRAY v. ALLSTATE INSURANCE COMPANY, JOHN NAUGHTON, JOHN DOE I AND JOHN DOE II.

March 9, 1988.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.